Stephen B. Morris (SBN 126416)
Mark C. Hinkley (SBN 161145)
MORRIS and ASSOCIATES
444 West C Street, Suite 300
San Diego, California 92101
Tel:  (619) 239-1300
Fax:  (619) 234-3672
morris@sandiegolegal.com

Walter Haines (SBN 71075)
UNITED EMPLOYEES' LAW GROUP, P.C.
65 Pine Avenue, #312
Long Beach, CA 90802
Tel:  (877) 696-8378

Attorneys for Plaintiffs, Terry Jackson, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY JACKSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RAYTHEON COMPANY, a Delaware corporation conducting business in the State of California, and Does 1 to 100.<br><br>Defendants. | CASE NO.<br><br>C08 00054 RS<br><br>NOTICE OF INTERESTED PARTIES<br><br>CLASS ACTION |

Filed

JAN 0 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

Pursuant to Civil Local Rule 3-17, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:    December 20, 2007            MORRIS AND ASSOCIATES


_Stephen B Morris_
STEPHEN B. MORRIS
Attorneys for Class Plaintiffs