| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| MORRIS & ASSOCIATES<br>STEPHEN B. MORRIS, 126192<br>444 WEST C STREET STE. 300<br>SAN DIEGO, CA 92101 | (619) 239-1300 | |
| ATTORNEY FOR (Name): | Ref. No. or File No.<br>ANGELINA/RAYTEHON | |
| Insert name of court, judicial district or branch court, if any:<br>UNITED STATES DISTRICT COURT<br>280 S. 1ST ST. ROOM 2112<br>SAN JOSE, CA 95113 | | |

| PLAINTIFF: JACKSON |
|---|
| DEFENDANT: RAYTHEON |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C08-00054 RS |
|---|---|---|---|---|

# UNITED STATES DISTRICT COURT
## DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS; FIRST AMENDED COMPLAINT; ORIGINAL COMPLAINT AND REPRESENTATIVE CLASS ACTION FOR DAMAGES FOR FAILURE TO PAY OVERTIME COMPENSATION; NOTICE OF INTERESTED PARTIES; CIVIL COVER SHEET; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

ON: RAYTHEON COMPANY, A DELAWARE CORPORATION CONDUCTING BUSINESS IN THE STATE OF CALIFORNIA

AT 818 W. 7TH ST
   LOS ANGELES, CA 90017

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH:
MARIA SANCHEZ, - AGENT FOR SERVICE OF PROCESS

ON: 02/14/2008
AT: 10:30 am

**Manner of service** in compliance with Federal Code of Civil Procedure.

Fee for Service: **$49.50**
   Registered California process server.
   County: **LOS ANGELES**
   Registration No.: **3859**
   Diversified Legal Services, Inc.
   4665 Park Blvd
   San Diego, CA 92116
   6192608224

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 28, 2008** at ----
California.

Signature: _____
KURT WISE 94024

**PROOF OF SERVICE**

Order#: 94024/GProof39