BY FAX

FILED

1  PAUL GROSSMAN (SB# 035959) paulgrossman@paulhastings.com
   LESLIE L. ABBOTT (SB# 155597) leslieabbott@paulhastings.com
2  SHANE F. LOOMIS (SB# 247574) shaneloomis@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  515 South Flower Street
   Twenty-Fifth Floor
4  Los Angeles, CA  90071-2228
   Telephone:  (213) 683-6000
5  Facsimile:  (213) 627-0705

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

6  Attorneys for Defendant
   Raytheon Company
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12  TERRY JACKSON, an individual,       CASE NO. C08 00054(RS)
    on behalf of himself, and on behalf
13  of all persons similarly situated,   STIPULATION TO EXTEND TIME TO
                                         RESPOND TO PLAINTIFF'S
14              Plaintiff,               COMPLAINT (L.R. 6-1)

15       vs.

16  RAYTHEON COMPANY, a
    Delaware corporation conducting
17  business in the State of California,
    and Does 1 to 100.,
18
                Defendant.
19

20       Pursuant to Local Rule 6-1, Defendant Raytheon Company and Plaintiff Terry
21  Jackson hereby stipulate to a 15-day extension of time in which Defendant file a responsive
22  pleading to Plaintiff's Complaint.
23

24

25  //
26  //
27  //
28

Case No.
LEGAL_US_W # 58334259.1

1  Therefore, IT IS HEREBY STIPULATED by and between the parties that
2  Defendant Raytheon Company shall respond to Plaintiff's Complaint no later than March 20,
3  2008.

4  DATED: March 5, 2008      PAUL GROSSMAN
                             LESLIE L. ABBOTT
5                            SHANE F. LOOMIS
                             PAUL, HASTINGS, JANOFSKY & WALKER
6                            LLP

        By: *Paul Grossman/lla*
             PAUL GROSSMAN

        Attorneys for Defendant
        Raytheon Company

DATED: March ____, 2008      STEPHEN B. MORRIS
                             MARK C. HINKLEY
                             MORRIS AND ASSOCIATES


        By: _____
             STEPHEN B. MORRIS


        Attorneys for Plaintiffs
        Terry Jackson, et al.

Case No.                              -2-
LEGAL_US_W # 58334259.1

1  Therefore, IT IS HEREBY STIPULATED by and between the parties that
2  Defendant Raytheon Company shall respond to Plaintiff's Complaint no later than March 20,
3  2008.

4  DATED: March ____, 2008      PAUL GROSSMAN
5                               LESLIE L. ABBOTT
                                 SHANE F. LOOMIS
6                               PAUL, HASTINGS, JANOFSKY & WALKER LLP
7

8                               By:_____
9                                          PAUL GROSSMAN

10                              Attorneys for Defendant
11                              Raytheon Company

12 DATED: March 5, 2008         STEPHEN B. MORRIS
                                 MARK C. HINKLEY
13                              MORRIS AND ASSOCIATES

14
15                              By: /s/ Stephen B. Morris
                                           STEPHEN B. MORRIS
16

17                              Attorneys for Plaintiffs
                                 Terry Jackson, et al.
18
19
20
21
22
23
24
25
26
27
28

Case No.                                   -2-
LEGAL_US_W # 58334259.1