1  PAUL GROSSMAN (SB# 035959) paulgrossman@paulhastings.com
   LESLIE L. ABBOTT (SB# 155597) leslieabbott@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
3  Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
4  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
5
6  Attorneys for Defendant
   Raytheon Company
7

Filed MAR 2 0 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10                     SAN JOSE DIVISION

11 | TERRY JACKSON, an individual, on behalf of himself, and on behalf of all persons similarly situated, | CASE NO. C08 00054(RS)
12 | | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
13 | Plaintiff, | AND
14 | vs. | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
15 | RAYTHEON COMPANY, a Delaware corporation conducting business in the State of California, and Does 1 to 100. |
17 | Defendants. |

18      REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

19      The undersigned party hereby declines to consent to the assignment of this case to
20 a United States Magistrate Judge for trial and disposition and hereby requests the
21 reassignment of this case to a United States District Judge.
22

23 DATED: March 20, 2008        PAUL GROSSMAN
                                 LESLIE L. ABBOTT
24                               PAUL, HASTINGS, JANOFSKY & WALKER LLP
25                               By: /s/ Leslie Abbott
26                                    LESLIE L. ABBOTT

27                               Attorneys for Defendant
                                 Raytheon Company
28

LEGAL_US_W # 58484272.1

DEFENDANTS' DECLINATION TO PROCEED
BEFORE A MAGISTRATE JUDGE –
C08-00054(RS)

# PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 20, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

in a sealed envelope, postage fully paid, addressed as follows:

Stephen B. Morris
Mark C. Hinkley
MORRIS and ASSOCIATES
444 West C Street, Suite 300
San Diego, CA 92101
Tel.: (619) 239-1300
Fax: (619) 234-3672

Walter Haines
UNITED EMPLOYEES LAW GROUP, P.C.
65 Pine Avenue, #312
Long Beach, CA 90802
Tel.: (877) 696-8378

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 20, 2008, at Los Angeles, California.

_Irma Gamino_

LEGAL_US_W # 58485908.1

PROOF OF SERVICE – C08-00054 RS