THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN MAILED TO:

Walter L. Haines
United Employers Law Group, P.C.
65 Pine Avenue
Suite 312
Long Beach, CA 90802

Mark Clare Hinkley
Morris and Associates
444 West C Street
Suite 300
San Diego, CA 92101

Paul Grossman

Leslie L. Abbott

Paul, Hastings, Janofsky & Walker LLP

515 South Flower St

Twenty-Fifth Floor

Los Angeles, CA 90071

Dated: September 14, 2007                     Richard W. Wieking, Clerk

                                                                By:_____
                                                                 Martha Parker Brown,
                                                                  Courtroom Deputy