UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TERRY JACKSON,

        Plaintiff,

  v.

RAYTHEON COMPANY, ET AL. et al,

        Defendant.

Case Number: CV08-00054 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Walter L. Haines
United Employers Law Group, P.C.
65 Pine Avenue
 Suite 312
Long Beach, CA 90802

Dated: March 24, 2008

                              Richard W. Wieking, Clerk
                              By: Tiffany Salinas-Harwell, Deputy Clerk