1  PAUL GROSSMAN (SB# 035959) paulgrossman@paulhastings.com
   LESLIE L. ABBOTT (SB# 155597) leslieabbott@paulhastings.com
2  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street
3  Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
4  Telephone: (213) 683-6000
   Facsimile: (213) 627-0705
5
   Attorneys for Defendant
6  RAYTHEON COMPANY

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 TERRY JACKSON, an individual, on        CASE NO. C08 00054(RMW)
   behalf of himself, and on behalf of all
12 persons similarly situated,              **DISCLOSURE OF NON-PARTY
                                            INTERESTED ENTITIES OR PERSONS**
13              Plaintiff,

14       vs.

15 RAYTHEON COMPANY, a Delaware
   corporation conducting business in the
16 State of California and Does 1 to 100.

17              Defendant.

DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS
Case No. C08 00054(RMW)

1  TO THE HONORABLE JUDGE RONALD M. WHYTE OF THE UNITED STATES
2  DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO
3  PLAINTIFF TERRY JACKSON AND TO HIS ATTORNEYS OF RECORD, STEPHEN B.
4  MORRIS, ESQ., MARK C. HINKLEY, ESQ., AND WALTER HAINES, ESQ.

PLEASE TAKE NOTICE THAT: Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: April 10, 2008

PAUL GROSSMAN
LESLIE L. ABBOTT
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: _____/s/_____
        LESLIE L. ABBOTT

Attorneys for Defendant
RAYTHEON COMPANY

LEGAL_US_W # 58661834.1

-2-
DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS
Case No. C08 00054(RS)

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 10, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

in a sealed envelope, postage fully paid, addressed as follows:

> Stephen B. Morris
> Mark C. Hinkley
> MORRIS and ASSOCIATES
> 444 West C Street, Suite 300
> San Diego, CA 92101
> Tel.: (619) 239-1300
> Fax: (619) 234-3672
>
> Walter Haines
> UNITED EMPLOYEES LAW GROUP, P.C.
> 65 Pine Avenue, #312
> Long Beach, CA 90802
> Tel.: (877) 696-8378

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 10, 2008, at Los Angeles, California.

_____
Irma Gamino

LEGAL_US_W # 58485908.2

PROOF OF SERVICE – C08-00054 (RMWS)