UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

CIVIL MINUTES

DATE: April 25, 2008

Case No. C-08-00054-RMW    JUDGE: Ronald M. Whyte

TERRY JACKSON    -V- RAYTHEON CO., et al.
Title

W. Haines via Phone    L. Abbott/S. Lewis via Phone
Attorneys Present    Attorneys Present

COURT CLERK: Jackie Garcia    COURT REPORTER: Not Reported

PROCEEDINGS

CASE MANAGEMENT CONFERENCE

ORDER AFTER HEARING

Hearing Held. The parties request a continuance to informally resolve the case. The Court continued this matter to 7/11/08 @ 10:30 AM for a Further Case Management Conference.