IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY JACKSON,<br><br>   Plaintiff,<br><br> v.<br><br>RAYTHEON COMPANY,<br><br>   Defendant. | ***E-FILED - 7/9/08*** <br><br>CASE NO.: C-08-00054-RMW <br><br>**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

  PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for July 11, 2008, has been continued to **August 15, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte.  Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.  Parties are required to file a Joint Case Management Statement by August 8, 2008.

  If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: July 9, 2008

                     *Jackie Lynn Garcia*

                     JACKIE GARCIA
                    Courtroom Deputy for
                  Honorable Ronald M. Whyte

1 | Copy of Order E-Filed to Counsel of Record:
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28