Stephen B. Morris (SBN 126192)
Mark C. Hinkley (SBN 138759)
**MORRIS and ASSOCIATES**
444 West C Street, Suite 300
San Diego, California 92101
Telephone:  (619) 239-1300
Facsimile:   (619) 234-3672

Walter Haines, Esq. (CSB #71075)
**UNITED EMPLOYEES LAW GROUP**
65 Pine Ave, #312
Long Beach, California 90802
Telephone:(877) 696-8378
Facsimile: (562) 256-1006

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY JACKSON, an  individual, on behalf of himself, and on behalf of all persons similarly situated, | **CASE NO. C08-00054 RS** |
| Plaintiff, | **CLASS ACTION** |
| vs. | **DECLARATION OF STEPHEN B. MORRIS IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| RAYTHEON COMPANY, a Delaware corporation conducting business in the State of California, and Does 1 to 100. | |
| Defendants. | Date:        September 19, 2008<br>Time:        9:00 a.m.<br>Dept:        6<br>Judge:      Hon. Ronald M. Whyte |

I, STEPHEN B. MORRIS, declare as follows:

1.      I am an attorney of record for the Plaintiff in the above-captioned

matter, and make this declaration from my own personal knowledge.

2.      The proposed Second Amended Complaint in this matter alleges

violations of Federal and California law, based on the Defendant's conduct of

improperly denying the Plaintiff and the Class overtime pay, rest periods, and other

benefits of non-exempt employees.  The original complaint mistakenly alleged that

the Plaintiff and the Class has been misclassified as exempt, and therefore they

were denied overtime pay and benefits. Further investigation has revealed, however, that Raytheon did properly classify the Plaintiff and Class as non-exempt, yet failed to provide the pay, breaks and benefits to which non-exempt employees were entitled. The proposed amended complaint adds no causes of action, but merely corrects the factual basis for the claims asserted.

3.    The only truly new factual allegations of the Amended Complaint are set out in paragraphs 19 and 20, where it is stated that the Plaintiff was properly classified as non-exempt but was nevertheless not properly compensated as a non-exempt employee.

4.    The proposed amendment does not threaten prejudice to the Defendant because it is based on the same conduct as already alleged, and cannot be a surprise. No discovery would need to be repeated if the amendment is granted, and no delay of the trial or other proceedings in this case would be necessary.

5.    The motion for leave is sought in good faith, for no other reason but to fully and completely state the bases for the Plaintiff's Complaint against the Defendant. An accurate statement of the factual bases for the Defendant's liability serves the interest of all parties as well as the Court, and is brought for no other purpose.

6.    The proposed amendment would not be futile, as the complaint alleges the facts to establish each proposed cause of action.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed this 29th day of July, 2008, at San Diego, California.

By:    _Stephen B. Morris_
STEPHEN B. MORRIS, Declarant
And Attorneys for Plaintiffs

1    Additional Counsel:

2    **UNITED EMPLOYEES LAW GROUP**
     Walter Haines, Esq. (CSB #71075)
3    65 Pine Ave, #312
     Long Beach, California 90802
4    Telephone:(877) 696-8378
     Facsimile: (562) 256-1006

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28