| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| TITLE OF CASE (Abbreviated): JACKSON v. RAYTHEON COMPANY | |

| ATTORNEY(S) NAME AND ADDRESS<br>Stephen B. Morris<br>**MORRIS and ASSOCIATES**<br>444 West C Street, Suite 300<br>San Diego, CA 92101 | TELEPHONE<br><br>(619) 239-1300 | |
|---|---|---|
| ATTORNEY(S) FOR:<br>Plaintiffs | HEARING: DATE-TIME-DEPT | CASE NUMBER:<br>C08-00054 |

## DECLARATION OF SERVICE BY MAIL

I, Angelina Rudd, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action. I am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 444 West C Street, Suite 300, San Diego, California 92101. I am readily familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service and with serving documents via facsimile. I served an original and/or a true and correct copy of the following documents:

1. **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

2. **DECLARATION OF STEPHEN B. MORRIS IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

X   BY U.S. MAIL: I placed a copy of each of the above-listed documents in an envelope addressed to each addressee respectively named as follows and sealed each envelope and placed them for collection and mailing to each addressee, on July 29, 2008.

**Attorneys for Defendant:**
Paul Grossman
Leslie L. Abbott
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228

I certify under penalty of perjury that the foregoing is true and correct pursuant to the laws of the State of California. Executed on July 29, 2008 at San Diego, California.

*/s/ Angelina Rudd*
Angelina Rudd

PROOF OF SERVICE BY MAIL