IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>RAYTHEON COMPANY, et al.,<br><br>        Defendant. | ***E-FILED - 8/12/08***<br><br>CASE NO.: C-08-00054-RMW<br><br>**CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

    PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for August 15, 2008, has been continued to **September 19, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

    If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: August 12, 2008

                                            JACKIE GARCIA
                                            Courtroom Deputy for
                                            Honorable Ronald M. Whyte

1 | Copy of Order E-Filed to Counsel of Record: