Stephen B. Morris (SBN 126192)
Mark C. Hinkley (SBN 138759)
MORRIS and ASSOCIATES
444 West C Street, Suite 300
San Diego, California 92101
(619) 239-1300

Walter Haines, Esq. (CSB #71075)
UNITED EMPLOYEES LAW GROUP
65 Pine Ave, #312
Long Beach, California 90802
Telephone:(877) 696-8378
Facsimile:  (562) 256-1006

Attorneys for Plaintiffs, Terry Jackson, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY JACKSON, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RAYTHEON COMPANY, a Delaware corporation conducting business in the State of California, and Does 1 to 100.<br><br>　　　　Defendants. | CASE NO. CV08-00054 (RMW)<br><br>Honorable Ronald M. Whyte<br>Courtroom: 6, 4th Floor<br><br>**REQUEST FOR A TELEPHONIC APPEARANCE** |

I, Stephen B. Morris respectfully request a telephonic appearance on September 19, 2008 for the 9:00 a.m. Notice of motion and motion for leave to file second amended complaint and for the 10:30 a.m. Further case management conference.

| | | |
|---|---|---|
| 1 | DATED:   September 10, 2008 | MORRIS and ASSOCIATES |
| 2 | | |
| 3 | | By:  *Stephen Morris* |
| 4 | | Stephen B. Morris<br>Attorneys for Plaintiffs |

| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (Abbreviated): JACKSON v. RAYTHEON COMPANY | | |
| ATTORNEY(S) NAME AND ADDRESS<br>Stephen B. Morris<br>**MORRIS and ASSOCIATES**<br>444 West C Street, Suite 300<br>San Diego, CA 92101 | TELEPHONE<br><br>(619) 239-1300 | |
| ATTORNEY(S) FOR:<br>Plaintiffs | HEARING: DATE-TIME-DEPT | CASE NUMBER:<br>CV08-00054 (RMW) |

## DECLARATION OF SERVICE BY MAIL

I, Jenna Sarinas, declare: I am, and was at the time of service of the papers herein referred to, over the age of 18 years, and not a party to the action. I am employed in the County of San Diego, California, within which county the subject service occurred. My business address is 444 West C Street, Suite 300, San Diego, California 92101. I am readily familiar with the ordinary business practices of my place of employment with regard to collection for mailing with the United States Postal Service and with serving documents via facsimile. I served an original and/or a true and correct copy of the following documents:

1. **REQUEST FOR A TELEPHONIC APPEARANCE**

X   BY U.S. MAIL: I placed a copy of each of the above-listed documents in an envelope addressed to each addressee respectively named as follows and sealed each envelope and placed them for collection and mailing to each addressee, on September 10, 2008.

**Attorneys for Defendant:**
Paul Grossman
Leslie L. Abbott
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228

I certify under penalty of perjury that the foregoing is true and correct pursuant to the laws of the State of California. Executed on September 10, 2008 at San Diego, California.

*/s/ Jenna Sarinas*

PROOF OF SERVICE BY MAIL