**E-FILED on** 09/29/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY JACKSON, an individual, on Behalf of himself, and on behalf of all Persons similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAYTHEON COMPANY, a Delaware Corporation conducting business in the State of California,<br><br>　　　　　Defendant. | No. C-08-00054 RMW<br><br><br>ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT |

　　The court hereby continues the hearing on plaintiff's Motion For Leave to File a Second Amended Complaint to October 31, 2008. Plaintiff shall file a proposed discovery plan by October 3, 2008, stating the minimal amount of discovery required to explore whether the case should be certified for class action. Defendant shall respond by October 17, 2008.

DATED:　　09/29/08　　　　　　　　　　　*Ronald M Whyte*
　　　　　　　　　　　　　　　　　　　　　　　RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT—No. C-08-00054 RMW
ANK

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Stephen B. Morris           morris@sandiegolegal.com

**Counsel for Defendants:**

Paul Grossman              paulgrossman@paulhastings.com
Leslie L. Abbott           leslieabbott@paulhastings.com
Shane F. Loomis            shaneloomis@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   09/29/08                                            JAS
                                                         **Chambers of Judge Whyte**