**United States District Court**
For the Northern District of California

1
2
3
4   **E-FILED on**  10/09/08
5
6
7
8               IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                          SAN JOSE DIVISION
11

| | |
|---|---|
| TERRY JACKSON, an individual, on Behalf of himself, and on behalf of all Persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RAYTHEON COMPANY, a Delaware Corporation conducting business in the State of California,<br><br>Defendant. | No. C-08-00054 RMW<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT<br><br>**[Re Docket No. 15]** |

The motion for leave to file a second amended complaint is granted.

DATED:     10/08/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT—No. C-08-00054 RMW
ANK

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Stephen B. Morris          morris@sandiegolegal.com

**Counsel for Defendants:**

Paul Grossman             paulgrossman@paulhastings.com
Leslie L. Abbott          leslieabbott@paulhastings.com
Shane F. Loomis           shaneloomis@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   10/09/09                           /s/ JAS
                                         **Chambers of Judge Whyte**

**United States District Court**
For the Northern District of California