**E-FILED on** 10/10/08

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY JACKSON, an individual, on Behalf of himself, and on behalf of all Persons similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RAYTHEON COMPANY, a Delaware Corporation conducting business in the State of California,<br><br>    Defendant. | No. C-08-00054 RMW<br><br>CORRECTED ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND DISMISSING CLASS CLAIMS<br><br>**[Re Docket No. 15, 28]** |

The parties having stipulated, the court orders that:

(1) Plaintiff's motion for leave to file a Second Amended Complaint is granted as to plaintiff's individual claims and the proposed Second Amended Complaint will be deemed filed as of the date the court signs this order;

(2) Plaintiff's motion for leave to file a Second Amended Complaint is denied as to plaintiff's purported class claims; and

(3) Plaintiff's purported class claims as alleged in plaintiff's First Amended Complaint are dismissed without prejudice in their entirety.

DATED:    10/10/08

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Stephen B. Morris           morris@sandiegolegal.com

**Counsel for Defendants:**

Paul Grossman              paulgrossman@paulhastings.com
Leslie L. Abbott           leslieabbott@paulhastings.com
Shane F. Loomis            shaneloomis@paulhastings.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 10/10/08                                       /s/ JAS
                                                  **Chambers of Judge Whyte**