PAUL GROSSMAN (SB# 035959) paulgrossman@paulhastings.com
LESLIE L. ABBOTT (SB# 155597) leslieabbott@paulhastings.com
SHANE F. LOOMIS (SB# 247574) shaneloomis@paulhastings.com
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

Attorneys for Defendant
RAYTHEON COMPANY

*E-FILED - 10/14/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY JACKSON, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>  Plaintiff,<br><br>vs.<br><br>RAYTHEON COMPANY, a Delaware corporation conducting business in the State of California and Does 1 to 100.<br><br>  Defendant. | CASE NO. C08 00054(RMW)<br><br>**JOINT STIPULATION GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT, AND FOR DISMISSAL WITHOUT PREJUDICE OF CLASS CLAIMS; [PROPOSED] ORDER THEREON**<br><br>DEPT: 6<br>JUDGE: HON. RONALD M. WHYTE |

Plaintiff TERRY JACKSON and Defendant RAYTHEON COMPANY, through their respective counsel, hereby stipulate as follows:

WHEREAS, on July 29, 2008, Plaintiff filed a Motion for Leave to File a Second Amended Complaint with respect to the basis for the overtime and related claims on behalf of himself and the putative nationwide class. Defendant opposed the motion.

WHEREAS, on September 19, 2008, the Court heard Plaintiff's Motion for Leave to File

LEGAL_US_W # 60102477.1

-1-

JOINT STIP GRANTING IN PART AND DENYING IN PART PLNTF'S MTN TO FILE SECD AMND CMPLT
CASE NO. C08 00054(RMW)

1  a Second Amended Complaint. The Court ruled that it would hold the Motion under submission
2  for 30 days pending Plaintiff's counsel's submission of a plan describing the minimum amount of
3  discovery he would need to determine if there is a viable basis for the alleged class claims. The
4  Court scheduled the next hearing for October 31, 2008.

6  WHEREAS, following the hearing, Plaintiff's and Defendant's respective counsel have
7  continued their respective factual investigations and have informally exchanged additional
8  information regarding the purported class claims;

10  WHEREAS, as a result of the ongoing factual investigations and informal information
11  exchange, Plaintiff's counsel has agreed to dismiss the class claims in their entirety without
12  prejudice but seeks to proceed with Plaintiff's individual overtime and related claims;

14  WHEREAS, Defendant does not oppose Plaintiff's motion for leave to file a Second
15  Amended Complaint as to Plaintiff's individual claims only;

17  NOW THEREFORE, the parties have agreed to stipulate and request, subject to the Court's
18  approval, that:

20  (1)  Plaintiff's motion for leave to file a Second Amended Complaint be **GRANTED**
21  as to Plaintiff's individual claims and that the proposed Second Amended Complaint be deemed
22  filed as of the date the Court signs this order;

24  (2)  Plaintiff's motion for leave to file a Second Amended Complaint be **DENIED** as
25  to Plaintiff's purported class claims; and

|     |     |
| --- | --- |
| 1   | (3)   Plaintiff's purported class claims as alleged in Plaintiff's First Amended |
| 2   | Complaint be **DISMISSED** without prejudice in their entirety. |

IT IS SO STIPULATED.

DATED: October 2, 2008

PAUL GROSSMAN
LESLIE L. ABBOTT
SHANE F. LOOMIS
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Leslie Abbott
LESLIE L. ABBOTT

Attorneys for Defendant
Raytheon Company

DATED: October____, 2008

STEPHEN B. MORRIS
MARK C. HINKLEY
MORRIS AND ASSOCIATES

By:_____
STEPHEN B. MORRIS

Attorneys for Plaintiffs
Terry Jackson, et al.

1  (3)  Plaintiff's purported class claims as alleged in Plaintiff's First Amended
2  Complaint be **DISMISSED** without prejudice in their entirety.
3
4  IT IS SO STIPULATED.
5
6  DATED: October____, 2008        PAUL GROSSMAN
                                    LESLIE L. ABBOTT
7                                   SHANE F. LOOMIS
                                    PAUL, HASTINGS, JANOFSKY & WALKER LLP
8
9                                   By:_____
10                                        LESLIE L. ABBOTT
11
                                    Attorneys for Defendant
12                                  Raytheon Company

13  DATED: October 2, 2008          STEPHEN B. MORRIS
                                    MARK C. HINKLEY
14                                  MORRIS AND ASSOCIATES
15
16                                  By: /s/ Stephen B. Morris
                                          STEPHEN B. MORRIS
17
18                                  Attorneys for Plaintiffs
                                    Terry Jackson, et al.
19
20
21
22
23
24
25
26
27
28

LEGAL_US_W # 60102477.1      -3-    JOINT STIP GRANTING IN PART AND DENYING IN PART PLNTF'S MTN TO FILE SECD AMND CMPLT
CASE NO. C08 00054(RMW)

PAGE 3/4 * RCVD AT 10/2/2008 3:21:37 PM [Pacific Daylight Time] * SVR:LAXRF1/4 * DNIS:9998 * CSID: * DURATION (mm-ss):01-18

# [PROPOSED] ORDER

WHEREAS, the parties having stipulated, IT IS SO ORDERED that:

(1)  Plaintiff's motion for leave to file a Second Amended Complaint is **GRANTED** as to Plaintiff's individual claims and the proposed Second Amended Complaint will be deemed filed as of the date the Court signs this order;

(2)  Plaintiff's motion for leave to file a Second Amended Complaint is **DENIED** as to Plaintiff's purported class claims; and

(3)  Plaintiff's purported class claims as alleged in Plaintiff's First Amended Complaint are **DISMISSED** without prejudice in their entirety.

Dated: 10/10, 2008

*/s/ Ronald M. Whyte*

HONORABLE RONALD M. WHYTE

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 515 South Flower Street, Twenty-Fifth Floor, Los Angeles, California 90071-2228. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On October 2, 2008, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**JOINT STIPULATION GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT, AND FOR DISMISSAL WITHOUT PREJUDICE OF CLASS CLAIMS; [PROPOSED] ORDER THEREON**

in a sealed envelope, postage fully paid, addressed as follows:

Stephen B. Morris
Mark C. Hinkley
MORRIS and ASSOCIATES
444 West C Street, Suite 300
San Diego, CA 92101
Tel.: (619) 239-1300
Fax: (619) 234-3672

Walter Haines
UNITED EMPLOYEES LAW GROUP, P.C.
65 Pine Avenue, #312
Long Beach, CA 90802
Tel.: (877) 696-8378

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on October 2, 2008, at Los Angeles, California.

*/s/ Irma Gamino*
Irma Gamino

LEGAL_US_W # 58485908.5

PROOF OF SERVICE – C08-00054 (RMW)