1  PAUL GROSSMAN (SB# 035959) paulgrossman@paulhastings.com
   LESLIE L. ABBOTT (SB# 155597) leslieabbott@paulhastings.com
2  SHANE F. LOOMIS (SB# 247574) shaneloomis@paulhastings.com
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  515 South Flower Street
   Twenty-Fifth Floor
4  Los Angeles, CA 90071-2228
   Telephone: (213) 683-6000
5  Facsimile: (213) 627-0705

6  Attorneys for Defendant           *E-FILED - 12/4/08*
   RAYTHEON COMPANY

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12 | TERRY JACKSON, an individual, on behalf of himself, and on behalf of all persons similarly situated, | CASE NO. C08 00054(RMW)
13 | | 
14 | Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER**
15 | vs. |
16 | RAYTHEON COMPANY, a Delaware corporation conducting business in the State of California and Does 1 to 100. | DEPT: 6
17 | | JUDGE: HON. RONALD M. WHYTE
18 | Defendant. |

-1-

LEGAL_US_W # 60549389.1

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON CASE NO. C08 00054(RMW)

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel, that the above-captioned action be and is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

DATED: December 2, 2008

PAUL GROSSMAN
LESLIE L. ABBOTT
SHANE F. LOOMIS
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Leslie Abbott
LESLIE L. ABBOTT

Attorneys for Defendant
Raytheon Company

DATED: December____, 2008

STEPHEN B. MORRIS
MARK C. HINKLEY
MORRIS AND ASSOCIATES

By:_____
STEPHEN B. MORRIS

Attorneys for Plaintiffs
Terry Jackson, et al.

IT IS SO ORDERED.

Dated: _____, 2008

_____
HONORABLE RONALD M. WHYTE

|   |   |   |
|---|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel, that the above-captioned action be and is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii). | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel, that the above-captioned action be and is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(ii).

DATED: December____, 2008

PAUL GROSSMAN
LESLIE L. ABBOTT
SHANE F. LOOMIS
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By:_____
                LESLIE L. ABBOTT

Attorneys for Defendant
Raytheon Company

DATED: December 2, 2008

STEPHEN B. MORRIS
MARK C. HINKLEY
MORRIS AND ASSOCIATES


By: *Stephen B. Morris*
                STEPHEN B. MORRIS

Attorneys for Plaintiffs
Terry Jackson, et al.

IT IS SO ORDERED.

Dated: __12/4____, 2008

*Ronald M. Whyte*

HONORABLE RONALD M. WHYTE

---

LEGAL_US_W # 60549389.1

-2-

JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON CASE NO. C08 00054(RMW)